**FILED**
August 9, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> KARL WILLIAM PIETTE, ) <br> ) <br> Defendant. ) | Case No. 2:13MJ00244-AC-1 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __KARL WILLIAM PIETTE__ , Case No. __2:13MJ00244-AC-1__ , Charge __21USC § 841(a)(1), 846__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of $___

        ✔   Unsecured Appearance Bond

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond with Surety

        ___   Corporate Surety Bail Bond

        ✔   (Other)         __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __August 9, 2013__ at __2:23 pm__ .

                                                By   /s/ Allison Claire/s/ Allison Claire
                                                        Allison Claire
                                                        United States Magistrate Judge

Copy 2 - Court